# 904 CASES REPORTED WITH BRIEF SYLLABI.

twenty days after the completion of the examination of the plaintiff before trial, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

August Egerer, Appellant, v. Manufacturers National Bank of Brooklyn and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott Dowling and Hotchkiss, JJ.

Columbia Machine and Stopper Corporation, Appellant, v. H. Koehler & Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott Dowling and Hotchkiss, JJ.

Robert Fitzsimmons, Appellant, v. The New York State Athletic Commission and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke Scott, Dowling and Hotchkiss, JJ.

Amedeo A. Bertini, Respondent, v. Sidney Heymann and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted in so far as to limit examination to allegations of complaint; the date of examination to be fixed on settlement of order No opinion. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The Master Amusement Company, Incorporated, Respondent, v. The Master Mind Production Company, Incorporated, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Melville D. Chapman, Respondent, v. C. Franklyn Nugent, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Mildred Paterno, Respondent, v. Francis S. Paterno, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Scott and Dowling, JJ., dissented, and voted to reduce alimony to twenty dollars a week.

Barkin Construction Company, Appellant, v. Henry G. Hershfield and Others, Respondents.— Order modified by requiring defendants to pay all costs of action to date to be taxed, and that the amendment shall be without prejudice to the position of the case on the calendar, and as so modified affirmed, without costs. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of Helen G. Dougherty, by Herbert W. Gulager, Her Administrator, as Administratrix of the Goods, Chattels and Credits of Thomas F. Dougherty, Deceased. In the Matter of the Judicial Settlement of the Account of Helen G. Dougherty, as Administratrix of the Estate of Thomas F. Dougherty, Deceased, by Herbert W. Gulager, Her Administrator. In the Matter of the Administration of the Estate of Thomas F. Dougherty,

Deceased. Application of Joseph Wamsley, an Attorney, Appellant, for an Order or Decree Determining and Enforcing His Lien for Professional Services Rendered Eleanor C. Feeley, as Administratrix de Bonis Non of Said Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Giuseppe Adrogna and Dominick Fusaro, Appellants. (2 cases.) — Orders affirmed. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Ida von Claussen, Relator, v. John J. Hanley, Warden of the Tombs, Respondent. Anna K. Daniel, Appellant.— Motion to dismiss appeal granted unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Andrew Troiano and Others v. Charles E. Egan and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Horace G. Allen, as Executor, etc., v. Neal D. Becker, Impleaded, etc. — Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Guiseppe Cuccio v. Nassau Electric Railroad Company.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Sigmund Fox v. Henry E. Fox.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Louis Becker v. Hyman Levin.— Application denied, with ten dollars costs. Order signed. Motion for stay denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Guiseppe Lotito v. Connecticut Cab Company.— Application denied, with ten dollars costs. Order signed. Motion for stay denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Michael Schwer and Others v. William L. Cohn and Others.— Application granted. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Leo C. Dessar, as Executor, etc., v. Charles S. Hirsch and Others, as Executors, etc.— Application granted. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Annie Baum, as Administratrix, v. Mutual Life Insurance Company. (2 cases.) — Applications denied upon the ground that the motions were not made within two months after the determination of the Appellate Term, as required by rule 10 of the rules of this court.* Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

---

* App. Div. Rules, 1st Dept. rule 10. — [REP.